**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6661**

VERNARDE COTTON,

                Petitioner - Appellant,

        v.

WARDEN JOYCE FRANCIS,

                Respondent – Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Frederick P. Stamp, Jr., Senior District Judge.  (3:06-cv-00031-FPS-JES)

Submitted:  October 20, 2008        Decided:  December 18, 2008

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vernarde Cotton, Appellant Pro Se.  Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Betsy C. Jividen, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernarde Cotton, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on Cotton's 28 U.S.C. § 2241 (2000) petition, and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cotton v. Francis, No. 3:06-cv-00031-FPS-JES (N.D. W. Va. Mar. 12, 2007 & Mar. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED